FILED

MIGUEL MARTINEZ

1002 EAST AVENUE

APT # J 7

LANCASTER, CA 93535-6808

PH# 661 917 3707

Justmigu82@gmail.com

2018 AUG 27  PM 3:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CASE NO.  LA CV18-7497-DMG (AGRx)

MIGUEL MARTINEZ

Plaintiff,

vs.

CREDIT ONE BANK

Defendant.

**FAIR DEBT COLLECTIONS**

**FAIR CREDIT REPORTING ACT**

**ROSENTHAL ACT**

### I. COMPLAINT
### INTRODUCTION

1. This is an action for damages brought by an individual consumer against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. The California Rosenthal Act, Civil Code § 2932.5, § 2923.5 & 1785.25 et seq mirrors (FDCPA). The Fair Debt Collection Practices Act and Fair Credit Reporting Act, 15 U.S.C. § 1681 s-2 both of which prohibit debt collectors from engaging in false

or misleading representation

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 28 U.S.C. sec. 1331, and 28 U.S.C. sec. 1337. Supplemental jurisdiction exist for the state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to: 28 U.S.C. § 1391(b) where that the defendant transact business here and the conduct complained of occurred here.

## III.   PARTIES

3. Plaintiff(s) Miguel Martinez a natural person resided at California. Plaintiff(s) is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C. § 1681 a (c).

4. Defendant: CREDIT ONE BANK. doing business in CALIFORNIA, operating from an address: P.O. Box 98872 LAS VEGAS, NV 89193-8872

5. Defendant regularly engaged as furnishers of consumer Transunion, Experian, Equifax credit file. Defendant regularly attempt to collect consumer debt alleged to be due to another. 15 USC 1962e] (8) Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

7. Defendant are all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the name Defendants to commit the acts and do the things complained of which caused the injuries and damages to Plaintiff as set forth below. Each of the parties, named and fictitious, acted as principal and agent each of the other, and combined and concurred each with the other in committing the acts that injured the Plaintiff.

8. Plaintiff is a "consumer" as defined by the Rosenthal Act, California Civil Code 1788.2(h).

## IV. STATEMENT OF FACTS

9. Comes now Miguel Martinez who does herby file complaint for violation of damages under (FDCPA) 807 (8) 15 U.S.C sec. 1692 et seq. (FCRA) 623 (a)(3) § 623; and the California Rosenthal Act Civil Codes sec. 1785.25(a) et seq.

10. This matter arise from a credit report provided to the plaintiff Martinez, revealing the defendant, Credit One Bank disputed charged off illegitimate charges. Plaintiff has a closed, # 444796223314… upon his credit profile that reads as negative accounts.

11. Beginning around July, 2013, an imposter, using Plaintiff name and his previous address on 44135 Coral Drive Lancaster, California submitted a loan application to Credit One Bank.

12. Credit One Bank granted the imposter's application and approved the credit loan # 444796223314... in Plaintiff's name.

13. In April, 2018. Credit One Bank discovered the fraud, closed and charged off the account # 444796223314...

14. Around, 6/2018. Plaintiff credit profile reads charged off amounts and the account closed... The Credit One Bank defendant continues to misrepresent an outstanding credit loan that the plaintiff never got. Still, after the debt was disputed/ charged off the credit reporting agency reported the status of the account as being a bad or adverse debt with a zero balance.

15. On January 13, 2018. Plaintiff inquired for a home loan through Guidance Residential along which required income, employment, and financial position determined to be evaluated with Plaintiff credit history to qualify.

16. Plaintiff was made aware of damaging credit worthiness, and has made repeated vein attempts with CRA's to re-investigate reports in dispute requesting deletion of inaccuracies account # 444796223314... or at the least good standing status by CRA's reporting of obsolete information after inaccuracy had been brought to their attention.

17. Plaintiff had no knowledge defendant Credit One Bank has been reporting on his credit profile. Plaintiff has a charged off amount $2,396 whom to this day

had been given no justification for the amount to be collected.

18. The Plaintiff reports show that CRA's had received notice of Plaintiff dispute. Plaintiff had no knowledge of any business relationship with the defendant. Defendant Credit One Bank has not provided to plaintiff an accounting of the alleged debt nor any contract or other legal justification for attempting to collect on the alleged debt.

19. Plaintiff obtained and informed his 3 consumer credit reports agencies Experian, Equifax, Transunion that their credit reports included inaccurate information. The reports is misleading to such an extent that it can be expected to adversely affect credit decisions.

20. Congress gave consumers the right to dispute the accuracy of information in credit reports and to require CRAs to conduct a "reasonable reinvestigation" into the accuracy of a report. Id. 1681i(a)(1)(A).

21. Accordingly, a purpose of the FCRA is "to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer...." Id. 1681(a).

22. Plaintiffs also contends that the credit-reporting agencies did not investigate these errors, even after the plaintiffs had notified the agencies of the

errors on his reports. Defendant violated the Fair Credit Reporting Act and its California state-law counterparts because (1) they did not use "reasonable procedures to assure maximum possible accuracy" in reporting debts discharged in charge off, 15 U.S.C. § 1681e(b), and (2) after being informed of the credit-report errors, Defendants did not "conduct a reasonable reinvestigation to determine whether the disputed information [was] inaccurate," 15 U.S.C. § 1681i(a). See also Cal. Civ. Code §§ 1785.14(b), 1785.16; Cal.

23. In order to comply with Section 623(b) when a consumer disputes the accuracy of information reported by the defendant to a consumer reporting agency, defendant shall either verify the information with the original account records within the time period set forth in the Fair Credit Reporting Act or take all necessary steps to <u>delete the information</u> from the files of all consumer reporting agencies to which the information was reported. In any situation where the defendant either knows that no original records exist, or is informed by the original creditor that no records exist, the defendant shall, within five business days after receiving the consumer dispute, notify all consumer reporting agencies to which the information has been provided that the information is to be deleted from the file of the consumer who has disputed the account.

24. Experian, Transunion, Equifax, is a credit reporting agency within the Meaning FCRA 15 U.S.C 1681 (f).

25. Consumer credit reporting is a consumer report within the meaning FCRA 15 U.S.C 1681 a(d).

26. The FCRA 15 U.S.C sec 1681b defines the permissible purposes for which A person may obtain a consumer credit report. As to defendants inquiry pull, the Plaintiff is/ was not at any given time involved in the any related underlying credit transaction, nor had Plaintiff participated in the any transaction in writing otherwise.

27. The actions of the defendant obtaining consumers credit report With no validation for permissible purposes or contract bearing signature between Defendant and plaintiff consent are clear and willful violations of FCRA, 15 U.S.C §1681b and an illegal practices against Plaintiff's right to privacy.

28. Plaintiff discovery of violations brought forth herein occurred in January 2018 and are within statute of limitations as defined on the FCRA, 15 U.S.C sec 1681p FDCPA 15 U.S.C Sec. 1692k (d).

## v. CAUSE OF ACTION

### FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C 1962 e,g

(as against defendant(s): CREDIT ONE BANK

29. Plaintiff re-alleges and incorporates paragraphs 9-28. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C sec 1692a (3) Credit One Bank are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6)

30. Plaintiff re-alleges and incorporated paragraphs 9-28. Based on the Foregoing consumers credit reports. The defendant FDCPA violations include but are not limited to the following:
Credit One Bank violated 15 U.S.C. § 1692e(8) communicating or threatening to communicate to any person credit information which should be known to be false, including the failure to communicate that a disputed debt is disputed.

31. Plaintiff re-alleges and incorporates paragraphs 9-28. Defendants violated the FDCPA. Defendants violations include, but are not limited to, the following:

(a) The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b) The Defendant violated 15 U.S.C. § 1692e(2) by misrepresenting the

legal status of the debt;

(c) The Defendant violated 15 U.S.C. § 1692e(10) by using a false representation and deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer;

(d) The Defendant violated 15 U.S.C. § 1692 f by using unfair or unconscionable means to collect or attempt to collect a debt;

(e) The Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not permitted by law.

32. As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiff for Plaintiff's actual damages, statutory damages, and court fees and costs Pursuant to 15 U.S.C. § 1692k

## SECOND CAUSE OF ACTION

## AS AGAINST DEFENDANT(S):

Violations of FCRA 15 U.S.C 1681s-2 (a)(3), 1681b

(as against defendant(s): Credit One Bank

33. Plaintiff re-alleges and incorporates paragraphs 9-32. Based on the Foregoing consumers credit reports. The defendant FCRA violations include but are not limited to the following:

Experian, LLC violated 15 U.S.C. § 1681s-2 (a)(3) Duty to provide notice of dispute. If the completeness or accuracy of any information

furnished by any person to any consumer reporting agency is disputed to such person by a consumer, the person may not furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.

34. Plaintiff re-alleges and incorporated paragraphs 9-32. Based on the Foregoing consumers credit reports. The Defendants willfully & negligently violated the FCRA. Defendant's violations include, but are not limited to, the following: 1681s-2(a)(3). §

35. Subsection 1681s-2(b) provides that, after receiving a notice of dispute, the furnisher shall: 1681i(a)(2) (requiring CRAs promptly to provide such notification containing all relevant information about the consumer's dispute). See § These obligations are triggered "upon notice of dispute"-that is, when a person who furnished information to a CRA receives notice from the CRA that the consumer disputes the information. Section 1681s-2(b) imposes a second category of duties on furnishers of information.
conduct an investigation with respect to the disputed information; (A) review all relevant information provided by the [CRA] pursuant to section 1681i(a)(2) .; (B) report the results of the investigation to the [CRA]; (C) if the investigation finds that the information is incomplete or inaccurate, report those results to all other [CRAs] to which the person furnished the information.; and (D) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph (1) . (i) modify . (ii) delete[or] (iii) permanently block the reporting

of that item of information [to the CRAs].

## THIRD CAUSE OF ACTION

## VIOLATION OF Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA)

## (As against Defendant(s) Credit One Bank

36. Plaintiff alleges and incorporates the information in paragraphs 9 through 35.

37. Plaintiff is a consumer within the meaning that is defined by *Cal. Civ. Code § 1788.2(h)*

38. Defendants are debt collectors within the meaning of §1788.2(c)

39. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §1692 et seq.*

i. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

ii. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

## v. REQUEST FOR RELIEF

**WHEREFORE,** the Plaintiff requests : Credit One Bank

40. That this court grants judgment against defendant for first claim for

Relief 1.) actual damages by jury 2.) punitive & statutory damages 15 U.S.C sec 1692 (1) 1692 f (6) remedies 1692 k, Rosenthal act $1,000 Per statue 3.) legal cost and fees. 4.) Any relief as the court see fit.

41. That this court grants judgment against defendants for second claim for Relief 1.) actually damages to be determined by jury 2.) punitive and statutory damages FCRA 15 U.S.C sec 1681b $5000.00 3.) court fees and cost 4.) any reliefs as court see fit.

42. That this court grants judgment against Defendants for: Third claim for relief pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*, and Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and any other relief that this Honorable Court deems appropriate.

1.) Actual damages to be determined by jury   2.) punitive & statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b), § 1785.25(a)* $1,000.00   3.) Court fees and cost pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)* 4.) Any relief as court sees fit.

**Date:**

Sign:

Print: *Miguel Martinez*

### DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 8/27/2018

Sign: *Miguel Martinez*

Print: *Miguel Martinez*



**CREDIT ONE BANK  #444796223314****
PO BOX 98872
LAS VEGAS, NV 89193-8872
(877) 825-3242

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 07/08/2013 | Date Updated: | 07/15/2018 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Payment Received: | $0 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 11/15/2017 | Date Closed: | 04/13/2018 |
| Loan Type: | CREDIT CARD | Original ChargeOff: | $2,396 | >Maximum Delinquency of 120 days in 04/2018 and in 06/2018 for $600< | |

Estimated month and year that this item will be removed: 12/2024

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,396 | $2,309 | $2,223 | | | | | $1,693 | $1,785 | $1,690 |
| Scheduled Payment | | $116 | $112 | | | | | $85 | $90 | $85 |
| Amount Paid | $0 | $0 | $0 | | | | | $184 | $0 | $69 |
| Past Due | $2,396 | $600 | $488 | | | | | $0 | $0 | $0 |
| Credit Limit | $1,850 | $1,850 | $1,850 | | | | | $1,850 | $1,700 | $1,700 |
| High Balance | $2,396 | $2,309 | $2,223 | | | | | $1,785 | $1,785 | $1,700 |
| Remarks | >PRL< | CBG | CBG | | | | | | | |
| Rating | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK |

14.

MIGUEL A MARTINEZ | Report number 2200-0842-35 | December 26, 2017 | Print

| COMENITYBANK/TRWRDSV | 412777770041.... | $699 as of 11/25/2017 | 01/2016 | Open. |

**Account name**
CREDIT ONE BANK

PO BOX 98875
LAS VEGAS, NV 89193
877 825 3242
**Address identification number**
0558732871

**Account number**
444796223314....

**Type**
Credit card
**Terms**
NA

**Recent balance**
$1,693 as of 12/13/2017
**Credit limit or original amount**
$1,850
**High balance**
$1,785
**Monthly payment**
$85
**Recent payment amount**
$184

**Date opened**
07/2013
**Date of status**
08/2014
**First reported**
07/2013
**Responsibility**
Individual

**Status**
Open.

**Account history**

| 2017 | | | | | | | | | | | | 2016 | | | | | | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep |

3/21



Exhibit # 3

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Postmark Here

02/01/2018

Sent To: Experian

Street and Apt. No., or PO Box No.: PO Box 4000

City, State, ZIP+4®: Allen Tx 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7014 3490 0002 2601 6221

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CHESTER PA 19016

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

02/01/2018

Sent To: TransUnion

Street & Apt. No., or PO Box No.: P.O. Box 2000

City, State, ZIP+4: Chester Pa 19016-2000

PS Form 3800, July 2014 See Reverse for Instructions

HOLLYWOOD
1615 WILCOX AVE
LOS ANGELES
CA
90028-9998
0545370028
(800)275-8777
02/01/2018 5:33 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.50 |
| (Domestic) (CHESTER, PA 19016) (Weight:0 Lb 0.60 Oz) (Estimated Delivery Date) (Monday 02/05/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) (70143490000226016221) | | |
| First-Class Mail Letter | 1 | $0.50 |
| (Domestic) (ALLEN, TX 75013) (Weight:0 Lb 0.80 Oz) (Estimated Delivery Date) (Monday 02/05/2018) | | |
| Certified | 1 | $3.45 |
| (@@USPS Certified Mail #) (70160910000005831416) | | |
| Total | | $7.90 |

Debit Card Remit'd $7.90
(Card Name:Debit Card)
(Account #:XXXXXXXXXXXX7691)
(Approval #: )
(Transaction #:274)
(Receipt #:014044)
(Debit Card Purchase:$7.90)
(Cash Back:$0.00)

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Exhibit 4



```
                                    LOS FELIZ
                               1825 N VERMONT AVE
                                  LOS ANGELES
                                       CA
                                   90027-9998
                                  0545400027
                                 (800)275-8777
07/27/2018                                            5:30 PM
========================================================
Product                           Sale            Final
Description                       Qty             Price

First-Class                        1              $0.50
Mail
Letter
    (Domestic)
    (CHESTER, PA 19016)
    (Weight:0 Lb 1.00 Oz)
    (Estimated Delivery Date)
    (Monday 07/30/2018)
Certified                                         $3.45
    (@@USPS Certified Mail #)
    (70160910000005831447)
First-Class                        1              $0.50
Mail
Letter
    (Domestic)
    (ALLEN, TX 75013)
    (Weight:0 Lb 1.00 Oz)
    (Estimated Delivery Date)
    (Monday 07/30/2018)
Certified                                         $3.45
    (@@USPS Certified Mail #)
    (70173380000026628076)

Total                                             $7.90

Debit Card Remit'd                                $7.90
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX2954)
    (Approval #:         )
    (Transaction #:866)
    (Receipt #:020770)
    (Debit Card Purchase:$7.90)
    (Cash Back:$0.00)
    (Entry Mode:Chip)
    (AID:A0000000980840)
    (Application Label:US DEBIT)
    (PIN:Verified by PIN)
    (ARC:00)
    (Cryptogram:52CB01E168BFAAE3)
    (IAD:06010A03600000)
    (CVR:420000)
    (TSI:6800)
```





17

Case 2:18-cv-07497-DMG-AGR Document 1 Filed 08/27/18 Page 18 of 18 Page ID #:18
12/26/2017                                    Experian - Access your credit report

MIGUEL A MARTINEZ | Report number 2200-0842-35 | December 26, 2017 | Print | Close window

0558732871

**Account name**
CBC INNOVIS

**Address identification number**
0558732871

**Date of request**
10/27/2016

**Comments**
Installment loan on behalf of LOGIX FEDERAL CREDIT UNI.
This inquiry is scheduled to continue on record until Nov 2018.

**Account name**
WFB AUTO

PO BOX 29704
PHOENIX, AZ 85038
610 364 3154
**Address identification number**
0558732871

**Date of request**
09/30/2016

**Comments**
Unspecified. This inquiry is scheduled to continue on record until Oct 2018.

**Account name**
LOGIX FEDERAL CU

PO BOX 6759
BURBANK, CA 91510
800 328 5328
**Address identification number**
0558732871

**Date of request**
09/12/2016

**Comments**
Auto loan. This inquiry is scheduled to continue on record until Oct 2018.

Inquiries shared only with you (?)

**Account name**
BARCLAYS BANK DELAWARE

100 SOUTH WEST AVE
WILMINGTON, DE 19801
866 283 6635

**Date of request(s)**
12/12/2017

**Account name**
BALANCECREDIT.COM

180 N WACKER DR STE 300
CHICAGO, IL 60606
855 942 2526

**Date of request(s)**
12/11/2017
08/30/2017

**Account name**
FREEDOM PLUS/CRB

1875 S GRANT ST STE 400
SAN MATEO, CA 94402
888 950 4829

**Date of request(s)**
12/04/2017

**Account name**
CREDIT ONE BANK

PO BOX 98875
LAS VEGAS, NV 89193
877 825 3242

**Date of request(s)**
11/22/2017

**Account name**

**Date of request(s)**