UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-7497-DMG (AGRx)** | Date | November 26, 2018 |
|---|---|---|---|
| Title | *Miguel Martinez v. Credit One Bank* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On October 23, 2018, the Court issued an Order setting a Scheduling Conference in this case [Doc. # 16]. That Order required the parties to file a Joint Rule 26(f) Report and warned that "[t]he failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." Id. at 4.

On November 20, 2018, Plaintiff filed a unilateral Rule 26(f) report. [Doc. # 17.] Defendant is ordered to show cause, in a written response filed by no later than **December 3, 2018**, why sanctions should not be imposed for its failure to cooperate in the filing of the joint report. Failure to timely file a written response to this Order will result in the striking of Defendant's Answer and entry of default. The filing of a proper **Joint** Rule 26(f) Report, attaching the worksheet attached to the Court's October 23, 2018 Order, by the above deadline will be deemed an adequate response.

The December 7, 2018 Scheduling Conference is VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.